958

No. 11–6276.  JAMES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–6282.  ROCHELLE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–6286.  RAMIREZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–6287.  SANDERS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–6289.  MUGAN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–6294.  OLGUIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–6295.  NAVARRETE-JIMENEZ, AKA NAVARETE-JIMINEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–6298.  MARQUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–6300.  SCOTT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–6302.  LLAGUNO RODRIGUEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–6304.  MORALES-RAMIREZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–6305.  BRANCH v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–6307.  BENAVENTE-FRANCO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–6308.  BROCK v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–6309.  BROOKS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.